1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
     Including Professional Corporations
2  PAUL S. COWIE, Cal. Bar No. 250131
   379 Lytton Avenue
3  Palo Alto, California  94301-1479
   Telephone:     650.815.2600
4  Facsimile:     650.815.2601
   Email:         pcowie@sheppardmullin.com
5
   JEANNE U. REYES, Cal. Bar No. 300573
6  Four Embarcadero Center, Suite 1700
   San Francisco, California  94111-4109
7  Telephone:     415.434.9100
   Facsimile:     415.434.3947
8  Email:         jreyes@sheppardmullin.com

9  Attorneys for Defendant
   BROOKDALE SENIOR LIVING COMMUNITIES, INC.
10

11                       UNITED STATES DISTRICT COURT
                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
12

| MARIA ROJAS, | Case No. 3:14-cv-05282-WHO |
|---|---|
| Plaintiff, | Case Assigned to:  The Hon. William H. Orrick, Courtroom 2 |
| v. | **JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE AND PROPOSED ORDER** |
| BROOKDALE SENIOR LIVING COMMUNITIES, INC.; and Does 1-100, | |
| Defendant. | Complaint Filed: September 16, 2014 |

-1-

SMRH:476156854.1                              STIPULATION AND [PROPOSED] ORDER TO DISMISS

Plaintiff MARIA ROJAS and Defendant BROOKDALE SENIOR LIVING COMMUNITIES, INC., through their respective attorneys of record, stipulate as follows:

Plaintiff's Complaint is hereby dismissed with prejudice, each party to bear their own costs and fees.

Dated: April   , 2016   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/
PAUL S. COWIE
JEANNE U. REYES
Attorneys for Defendant
BROOKDALE SENIOR LIVING COMMUNITIES, INC.

Dated: April   , 2016   MICHAEL H. KIM, P.C.

By  */s/*
MICHAEL H. KIM
Attorney for Plaintiff
MARIA ROJAS

# ORDER

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the entire action by and against all parties is DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated:  April 8, 2016

_____
The Honorable William H. Orrick